

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on November 13, 2013. Appellant's brief was originally due on February 20, 2014. On February 20, 2014, this court granted appellant's request for an extension of time, until March 17, 2014. Our order stated that no further extensions of time would be granted absent written proof of extraordinary circumstances.

On March 17, 2014, appellant's appointed counsel, Mr. James Peplinski, filed a motion seeking an extension of time until March 24, 2014. We have reviewed Mr. Peplinski's reasons for the extension and do not consider them to present extraordinary circumstances. However, because Mr. Peplinksi asks only for an additional seven days in which to file the brief, and in the interest of not delaying this appeal further, the request is GRANTED. No further extensions will be granted, and if Mr. Peplinski fails to file the brief on or before March 24, 2014, this appeal will be abated to the trial court for appointment of new counsel.

The Clerk of this court shall cause a copy of this order to be served on Mr. Peplinski by certified mail, return receipt requested, and by United States mail.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court